UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

MAIROBY HERNANDEZ, Individually, and
On Behalf of All Others Similarly Situated,

                    Plaintiff,

vs.

SIMPLE GIRL LLC,

                    Defendant.

---------------------------------------------------------------x

Case No. 1:22-cv-05035-JMF

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: January 18, 2023

**MIZRAHI KROUB LLP**

*(signature)*

EDWARD Y. KROUB
WILLIAM J. DOWNES
225 Broadway, 39th Floor
New York, NY  10007
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

SO ORDERED
*(signature)*
January 19, 2023

DATED:  January 18, 2023

**MILBER, MAKRIS, PLOUSADIS & SEIDEN, LLP**

_____

John Joseph Byrnes, III
1000 Woodbury Rd., Ste. 402
Woodbury, NY 11797
(516) 870-1184
Email: jbyrnes@milbermakris.com

*Attorney for Defendant*